# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1270**                                    **September Term, 2024**

**FERC-ER24-1583-000**
**FERC-ER24-1583-001**

**Filed On: September 13, 2024** [2074700]

City Utilities of Springfield, Missouri, et al.,

       Petitioners

    v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

Consolidated with 24-1282, 24-1283,
24-1285

## O R D E R

Upon consideration of respondent's unopposed motion to hold case in abeyance and to suspend filing of the certified index to the record, it is

**ORDERED** that these consolidated cases be held in abeyance pending further order of the court.  The parties are directed to file motions to govern further proceedings in these consolidated cases by November 27, 2024.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

        BY:   /s/
              James A. Kaiser
              Deputy Clerk